10533.   NATIONAL SURETY COMPANY *v.* CITY OF ATLANTA.

STEPHENS, J.   1. This court having in a judgment rendered in this case
(24 *Ga. App.* 732, 102 S. E. 175) affirmed the judgment of the city
court of Atlanta, and the Supreme Court on certiorari having reversed
the judgment of this court (151 *Ga.* 123, 106 S. E. 179), the judgment of
affirmance originally rendered by this court must be vacated and the
judgment of the trial court reversed.

*Judgment reversed. Jenkins, P. J., and Hill, J., concur.*

DECIDED MARCH 4, 1921.

Action on bond; from city court of Atlanta — Judge Reid.
March 29, 1919.

*Little, Powell, Smith & Goldstein,* for plaintiff in error.

*J. L. Mayson, J. M. Wood,* contra.